**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND, et al.
   v.
SPECIAL SERVICE COMPANY, INC.,
an Illinois corporation

Case Number:

08cv1532
Judge Lindberg
Mag. Judge Schenkier

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION FUND, et al., Plaintiffs herein

Filed  RCC
Mar 14, 2008
Michael W. Dobbins
Clerk, U.S. District Court

| | |
|---|---|
| **NAME** (Type or print) Patrick N. Ryan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)  s/ Patrick N. Ryan | |
| **FIRM** Baum Sigman Auerbach & Neuman, Ltd. | |
| **STREET ADDRESS** 200 W. Adams Street, Suite 2200 | |
| **CITY/STATE/ZIP** Chicago, IL  60606-5231 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) 6278364 | **TELEPHONE NUMBER** 312/236-4316 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐