## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Local 705 International Brotherhood Of Teamsters Pension Fund, et al.

Plaintiff,

v.

Special Service Company, Inc.

Defendant.

Case No.: 1:08−cv−01532

Honorable George W. Lindberg

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 12, 2008:

MINUTE entry before the Honorable George W. Lindberg: At the request of Defendant's counsel and no objection by plaintiffs' counsel, the status hearing scheduled for 6/25/2008 is stricken and reset to 7/9/2008 at 9:15a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.